# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br><br><br><br>Omar GONZALEZ-Cesarez,<br><br><br><br>　　　　　　　　　Defendant. | Magistrate Docket No. '21 MJ3512<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about August 28, 2021, within the Southern District of California, defendant Omar GONZALEZ-Cesarez, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely Victor Alfonso CORTEZ-Aguirre, Noreli MEJIA-Jimenez, Juan Manuel RAMIREZ-Dennis, Victoria RIVERA-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON August 30, 2021

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Omar GONZALEZ-Cesarez

## PROBABLE CAUSE STATEMENT

The complainant states that Victor Alfonso CORTEZ-Aguirre, Noreli MEJIA-Jimenez, Juan Manuel RAMIREZ-Dennis and Victoria RIVERA-Garcia, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 28, 2021, at approximately 2:58 PM, the United States Coast Guard encountered a pleasure craft seating low in the water in Mission Bay, San Diego. The Coast Guard approached the craft and questioned the captain, later identified as defendant, Omar GONZALEZ-Cesarez. GONZALEZ stated he was coming from "mission" but was unable to answer any other questions. The Coast Guard searched the craft and was able to locate a total of 18 individuals aboard the craft, all stating they are citizens of a country other than the United States.

On August 28, 2021, United States Border Patrol Agent Artem Bordzilovsky was performing his duties as a crew member aboard a Border Patrol marine vessel in the area of Mission Bay, San Diego. At approximately 2:55 PM, A United States Coast Guard boat requested assistance with a possible smuggling vessel located in the entrance channel to Mission Bay. Upon arrival, Agent Bordzilovsky was informed by the coast guardsman that they were detaining eighteen individuals aboard a vessel they just stopped. Agent Bordzilovsky identified himself as a United States Border Patrol Agent and conducted an immigration inspection on all 18 individuals, including defendant GONZALEZ and material witnesses, Victor Alfonso CORTEZ-Aguirre, Noreli MEJIA-Jimenez, Juan Manuel RAMIREZ-Dennis and Victoria RIVERA-Garcia, all stated that they are citizens of a country other than the United States and did not possess any documents that would allow them to enter or remain in the United States legally. Agent Bordzilovsky placed all 18 individuals, including defendant GONZALEZ, under arrest at approximately 3:00 PM.

The defendant, Omar GONZALEZ-Cesarez, was read his Miranda Rights. GONZALEZ understood and was willing to speak without an attorney present. GONZALEZ stated he knew that his crossing aboard the boat on today's event was illegal. GONZALEZ stated he was going to pay $12,000 to be illegally smuggled into the United States. GONZALEZ stated he was asked by the boat captain if he wanted to drive the boat into the marina. GONZALEZ stated he was offered a deal by the captain that if he drove the boat to the dock inside the marina his $12,000 smuggling fee would be waved. GONZALEZ stated he accepted the offer and began to

CONTINUATION OF COMPLAINT:
Omar GONZALEZ-Cesarez

drive the boat. GONZALEZ stated that the original captain jumped off the boat onto another boat.

Material witnesses, CORTEZ, RAMIREZ and RIVERA, admitted to being citizens of Mexico and MEJIA admitted to being a citizen of Colombia, illegally present in the United States and not having any documents that would allow them to enter or remain in the United States legally. CORTEZ admitted to making smuggling arrangements and agreed to pay $18,000 USD if successfully smuggled in the United States. RIVERA and MEJIA stated that someone else had made smuggling arrangements for them and agreed to pay an undisclosed amount. CORTEZ, MEJIA and RIVERA stated that they feared for their lives due to being in the ocean. CORTEZ, MEJIA, RAMIREZ and RIVERA were not able to identify the captain.